IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KATHLEEN REED                                                                    PLAINTIFF

v.                                    Civil No. 07-5025

LINDA S. MCMAHON,
Commissioner, Social Security Administration                        DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint *nunc pro tunc* as of February 6, 2007.

Plaintiff's counsel has provided plaintiff with an application for proceeding as a pauper in this matter. Accordingly, plaintiff is given up to and including February 23, 2007, in which to furnish the court with an application or pay the filing fee. Should plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 9th day of February 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 13 2007

CHRIS R. JOHNSON, CLERK

BY
         DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE